■ FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF NEW YORK, Respondent, v. UNITED STATES OF AMERICA, Appellant, and HARRY LEWIS et al., Respondents. — Motion by appellant for a stay of the sale of mortgaged premises, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the January Term, beginning January 3, 1961. The

appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 27, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.